IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SANDOZ INC. and POLPHARMA )<br>BIOLOGICS S.A., )<br>)<br>Defendants. )<br>) | C.A. No. 22-1190-GBW |

**JOINT STIPULATION TO STAY BRIEFING REGARDING MOTION TO DISMISS**

WHEREAS, Plaintiffs Biogen Inc. and Biogen MA Inc. (collectively, "Biogen") filed a Motion to Dismiss Sandoz's counterclaims regarding invalidity on October 26, 2022 (D.I. 28) (the "Motion to Dismiss");

WHEREAS, Biogen intends to seek leave, either by motion or stipulation, to file an amended complaint on or before November 22, 2022, asserting fewer patents than the 28 included in its original complaint;

WHEREAS, Defendant Sandoz Inc. ("Sandoz") intends to file amended counterclaims in response to any amended complaint, which could moot Biogen's current Motion to Dismiss; and

WHEREAS, to allow for the orderly filing of amended pleadings, the parties agree, subject to the approval of the Court, to stay briefing on the Motion to Dismiss and to stay the deadline for Sandoz to amend its counterclaims as a matter of right.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the Court's approval, that:

1. The briefing on Biogen's Motion to Dismiss and the deadline for Sandoz to amend its counterclaims as a matter of right are STAYED until otherwise ordered;

- 2 -

2. If and when Biogen is granted leave to amend its complaint, the Motion to Dismiss will be withdrawn as moot and Sandoz shall respond to Biogen's first amended complaint in accordance with Rule 12; and

3. If Biogen's motion for leave to amend its complaint is denied, Sandoz shall file its opposition to the Motion to Dismiss or amended counterclaims as a matter of right within 14 days of the denial.

SO ORDERED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

|  |  |
|---|---|
| Dated: November 8, 2022 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Derek Fahnestock<br>Jack Blumenfeld (No. 1014)<br>Karen Jacobs (No. 2881)<br>Derek Fahnestock (No. 4705)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>kjacobs@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | /s/ Samantha G. Wilson<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant Sandoz Inc.* |