IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SANDOZ INC. and POLPHARMA ) <br> BIOLOGICS S.A., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 22-1190-GBW |

**JOINT STIPULATION TO AMEND THE SCHEDULING ORDER FOR EXPEDITED PRELIMINARY INJUNCTION PROCEEDINGS**

WHEREAS, Plaintiffs Biogen Inc. and Biogen MA Inc. (collectively, "Biogen") and Defendant Sandoz Inc. ("Sandoz") are in the process of taking depositions pursuant to the Joint Stipulation and Scheduling Order for Expedited Preliminary Injunction Proceedings (D.I. 26) ("PI Schedule"); and

WHEREAS, to accommodate the schedules of witnesses and counsel and without requiring an adjustment to the PI Schedule's deadlines for preliminary injunction briefing, the parties have agreed, subject to the approval of the Court, to extend the deadline for the depositions of Biogen's 30(b)(6) deponents.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the Court's approval, that the deadline for Biogen to provide its 30(b)(6) deponents is extended from December 16, 2022 to January 20, 2023.

No other provisions of the PI Schedule are affected by this Stipulation.

1

SO ORDERED this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

| | |
|---|---|
| Dated: December 9, 2022 | Respectfully submitted, |
| MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP |
| */s/ Derek J. Fahnestock*<br>Jack Blumenfeld (No. 1014)<br>Karen Jacobs (No. 2881)<br>Derek J. Fahnestock (No. 4705)<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>kjacobs@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | */s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendant Sandoz Inc.* |