Counsel Shall Provide a Chart of All Relevant Deadlines

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE |
|---|---|---|
| Rule 26(a)(1) Initial Disclosures (¶ 1) | August 11, 2023 ||
| Default Standard Paragraph 3 Initial Disclosures (¶ 1) | August 11, 2023 ||
| Plaintiffs to Identify Accused Product(s) and Produce the File History for Each Asserted Patent (¶ 3(a)) | August 11, 2023 ||
| Deadline for Joinder of Parties and Amendment or Supplement of Pleadings (¶ 2) | September 15, 2023 | August 11, 2023 |
| Defendants to Produce Core Technical Documents (¶ 3(b)) | August 18, 2023 ||
| Plaintiffs to Provide Initial Infringement Chart(s) (¶ 3(c)) | October 13, 2023 | August 25, 2023 |
| Plaintiffs to Narrow Asserted Claims to Thirty (30) From At Most 12 Patents (¶ 3(c)) | October 13, 2023 | August 25, 2023 |
| Defendants to Provide Initial Invalidity Contentions (¶ 3(d)) | November 13, 2023 | September 22, 2023 |
| Defendants to Narrow Asserted Invalidity Theories to Five (5) Per Asserted Claim (¶ 3(d)) | November 13, 2023 | September 22, 2023 |
| Exchange of List of Claim Terms and Proposed Constructions (¶ 8) | November 22, 2023 | October 6, 2023 |
| Respond to and Provide Proposed Constructions for Any Terms for which the Party Did Not Initially Provide a Construction (¶ 8) | December 6, 2023 | October 20, 2023 |
| Joint Claim Construction Chart Due (¶ 8) | December 8, 2023 | October 27, 2023 |
| Deadline to Submit Technology Tutorial (¶ 7) | January 10, 2024 | November 3, 2023 |

17

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE | |
|---|---|---|---|
| Interim Status Report on Discovery (¶ 11) | January 17, 2024 | December 15, 2023 | |
| Plaintiffs' Opening Claim Construction Brief (¶ 9) | February 9, 2024 | November 17, 2023 | |
| Substantial Completion of Document Production (¶ 4(b)) | March 1, 2024 | December 8, 2023 | |
| Defendants' Answering Claim Construction Brief (¶ 9) | March 1, 2024 | December 13, 2023 | |
| Deadline to Request Leave to Present Testimony at Claim Construction Hearing and Inform Court of Time Needed for Hearing (¶ 10) | March 1, 2024 | December 13, 2023 | |
| Plaintiffs' Reply Claim Construction Brief (¶ 9) | March 22, 2024 | January 3, 2024 | |
| Defendants' Sur-Reply Claim Construction Brief (¶ 9) | April 5, 2024 | January 17, 2024 | |
| Filing of Joint Claim Construction Brief (¶ 9) | April 19, 2024 | January 31, 2024 | |
| Hearing on Claim Construction (¶ 10) | ~~April/May, 2024~~ | ~~Week of February 12, 2024~~ | May 23, 2024 at 1:00pm |
| Plaintiffs to Provide Final Infringement Contentions (¶ 3(e), ¶ 12(a)) | June 7, 2024 | March 8, 2024 | |
| Plaintiffs to Narrow Asserted Claims to 17 From At Most 10 Patents (¶ 3(e), ¶ 12(a)) | June 7, 2024 | March 8, 2024 | |
| Deadline for Plaintiffs to Supplement Identification of All Accused Products (¶ 3(e), ¶ 12(a)) | June 7, 2024 | March 8, 2024 | |
| Defendants to Provide Final Invalidity Contentions (¶ 3(f)) | June 28, 2024 | March 29, 2024 | |
| Deadline for Defendants to Supplement Invalidity References (¶ 3(f), ¶ 12(b)) | June 28, 2024 | March 29, 2024 | |

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE | |
|---|---|---|---|
| Defendants to Narrow Asserted Invalidity Theories to Four (4) Per Asserted Claim (¶ 3(f)) | ~~June 28, 2024~~ | ~~March 29, 2024~~ | August 9, 2024 |
| Fact Discovery Cut-Off (¶ 4(a)) | ~~August 1, 2024~~ | ~~April 26, 2024~~ | August 16, 2024 |
| Opening Expert Reports for Party Having Initial Burden of Proof (¶ 4(f)(i)) | ~~August 16, 2024~~ | ~~May 10, 2024~~ | August 30, 2024 |
| Rebuttal Expert Reports (¶ 4(f)(i)) | ~~September 13, 2024~~ | ~~June 7, 2024~~ | September 30, 2024 |
| Reply Expert Reports for Party Having Initial Burden of Proof (¶ 4(f)(i)) | ~~October 4, 2024~~ | ~~June 28, 2024~~ | October 21, 2024 |
| Expert Discovery Cut-Off (¶ 4(f)(iii)) | ~~November 1, 2024~~ | ~~July 26, 2024~~ | November 22, 2024 |
| Plaintiffs to Narrow Asserted Claims to Fifteen (15) (From Any Asserted Patent) (¶ 4(f)(iv)) | November 12, 2024 | N/A | |
| Plaintiffs to Narrow Asserted Claims to Ten (10) From At Most Five (5) Patents (¶ 4(f)(iv)) | N/A | ~~July 26, 2024~~ | November 29, 2024 |
| Deadline to Seek Leave to File Case Dispositive Motion(s) With the Court (¶ 13) | November 12, 2024 | N/A | |
| Deadline to File Case Dispositive Motion(s) (¶ 13) | ~~N/A~~ | ~~August 9, 2024~~ | December 20, 2024 |
| Deadline to Object to Expert Testimony (¶ 4(f)(ii)) | ~~November 12, 2024~~ | ~~August 9, 2024~~ | December 20, 2024 |
| Oppositions to Case Dispositive Motion(s) and Objections to Expert Testimony (¶¶ 4(f)(ii), 13) | ~~N/A~~ | ~~September 6, 2024~~ | January 17, 2025 |
| Replies in Support of Case Dispositive Motion(s) and Objections to Expert Testimony (¶¶ 4(f)(ii), 13) | ~~N/A~~ | ~~September 20, 2024~~ | January 31, 2025 |
| Deadline to Exchange Motion(s) in Limine (¶ 15) | November 18, 2024 | | |

1 Given Defendant's representations concerning its expected launch of Tyruko before trial and that ozen has advised Defendant that it will seek a jury trial once that occurs, the Court has included a schedule for dispositive motions.

19

| EVENT | PLAINTIFFS' PROPOSED DEADLINE | DEFENDANTS' PROPOSED DEADLINE | |
|---|---|---|---|
| Deadline to Exchange Oppositions to Motion(s) in Limine (¶ 15) | December 9, 2024 | | |
| Deadline to Exchange Replies in Support of Motion(s) in Limine (¶ 15) | December 23, 2024 | | |
| Deadline to File Joint Proposed Final Pretrial Order (¶ 16) | ~~7 days before pretrial conference~~ | | April 15, 2025 |
| Pretrial Conference (¶ 16) | ~~February __, 2025~~ | ~~Week of January 20, 2025~~ | April 29, 2025, at 3:00 pm |
| Trial (¶ 20) | ~~No earlier than February 3, 2025~~ | ~~February 3, 2025 or as soon thereafter as convenient for the Court~~ | May 5, 2025 at 9:30 am (5 day jury trial) |