IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SANDOZ INC. and POLPHARMA<br>BIOLOGICS S.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 22-1190-GBW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION TO AMEND SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the Court's approval, that the Scheduling Order (D.I. 280) be modified as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Defendants to Serve Supplemental Non-Infringement Contentions | n/a | January 29, 2024 |
| Plaintiffs to Serve Supplemental Validity Contentions | n/a | February 5, 2024 |
| Joint Claim Construction Chart Due | January 19, 2024 | February 9, 2024 |
| Joint Technology Tutorial | February 16, 2024 | May 17, 2024 |

The parties jointly propose the extension of the deadline to file the Joint Claim Construction Chart to allow the parties to exchange responsive contentions prior to the submission of the Joint Claim Construction Chart. Plaintiffs and Defendants also suggest that a Joint Technology Tutorial may be more helpful to the Court after the conclusion of claim construction briefing—when the issues are better defined—and before the hearing on claim construction (currently scheduled for May 29, 2024 (*see* D.I. 280)).

The above-proposed modifications will not result in any delay of the Markman briefing or hearing, nor the trial. All other dates in the Scheduling Order remain unchanged.

- 2 -

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Derek Fahnestock* | */s/ Samantha G. Wilson* |
| Jack Blumenfeld (No. 1014) | Anne Shea Gaza (No. 4093) |
| Karen Jacobs (No. 2881) | Samantha G. Wilson (No. 5816) |
| Derek Fahnestock (No. 4705) | Rodney Square |
| 1201 North Market Street | 1000 North King Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@morrisnichols.com | agaza@ycst.com |
| kjacobs@morrisnichols.com | swilson@ycst.com |
| dfahnestock@morrisnichols.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE