

WILMINGTON
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

January 29, 2025

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *Biogen Inc., et al. v. Sandoz Inc., et al.*, C.A. No. 22-1190-GBW

Dear Judge Williams:

      Pursuant to paragraph 5(c) of the Scheduling Order (D.I. 280, as amended), the parties respectfully request a teleconference to address Defendant Sandoz Inc.'s Motion to Re-designate its Affirmative Defenses of License and Patent Exhaustion as Counterclaims, or in the Alternative, for Leave to Amend Sandoz Inc.'s Answer, Affirmative Defenses and Amended Counterclaims to Second Amended Complaint (D.I. 518). Sandoz filed the motion on January 17, 2025 and it is fully briefed in accordance with the Court's procedures (D.I. 519, 529, 530).

      Should Your Honor have any questions regarding the foregoing, counsel for the parties are available at the Court's convenience.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

cc:   All Counsel of Record (via CM/ECF and email)