IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SANDOZ INC. and POLPHARMA BIOLOGICS S.A.,<br><br>*Defendants*. | REDACTED - PUBLIC VERSION<br>(Filed February 13, 2025)<br><br>C.A. No. 22-1190-GBW |

### JOINT STIPULATION REGARDING EXPERT MOTION SCHEDULE AS TO DR. GALLOWAY

WHEREAS, ▮▮▮▮▮ the parties agreed to hold the deposition of one of Defendants' experts, Dr. Galloway, on February 20, 2025, *i.e.*, after the February 7, 2025 close of expert discovery;

WHEREAS, expert motions are currently due this Friday, February 14, 2025, oppositions are due Friday, February 28, 2025, and replies are due Friday, March 7, 2025 (*see* D.I. 485 at 3);

WHEREAS, Plaintiffs have expressed an intent to file an expert motion challenging Dr. Galloway;

WHEREAS, in view of the timing of Dr. Galloway's deposition, the parties have agreed, subject to the approval of the Court, to amendments to the deadlines for an expert motion as to Dr. Galloway only (the "Galloway Expert Motion") and to a moderate increase in the expert motion page limits that may only be used with respect to the Galloway Expert Motion; and

WHEREAS, the parties agree and respectfully submit that good cause exists for the following proposed amendments to the Scheduling Order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the Court's approval, that the

1

Scheduling Order (D.I. 280, as amended by, *e.g.,* D.I. 485) is further amended as follows, and only with respect to the Galloway Expert Motion:

Notwithstanding the Daubert/expert motion deadlines and the briefing limitations for same set forth in the Scheduling Order, the following shall govern the Galloway Expert Motion:

1. By March 3, 2025, Plaintiffs may file an opening brief in support of the Galloway Expert Motion of no more than five (5) double-spaced pages;

2. By March 17, 2025, Defendants may file an answering brief in opposition to the Galloway Expert Motion of no more than five (5) double-spaced pages; and

3. By March 24, 2025, Plaintiffs may file a reply brief in support of the Galloway Expert Motion of no more than two and one-half (2.5) double-spaced pages.

The foregoing deadlines and page limits for the Galloway Expert Motion are in addition to those set forth for all other Daubert/expert motions addressed in the Scheduling Order.

All other dates and provisions in the Scheduling Order, as amended, remain unchanged.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Derek J. Fahnestock* | */s/ Samantha G. Wilson* |
| Jack Blumenfeld (No. 1014) | Anne Shea Gaza (No. 4093) |
| Karen Jacobs (No. 2881) | Samantha G. Wilson (No. 5816) |
| Derek J. Fahnestock (No. 4705) | Daniel G. Mackrides (No. 7230) |
| 1201 North Market Street | Rodney Square |
| Wilmington, DE 19899-1347 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 571-6600 |
| kjacobs@morrisnichols.com | agaza@ycst.com |
| dfahnestock@morrisnichols.com | swilson@ycst.com |
| | dmackrides@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Sandoz Inc. and Polpharma Biologics S.A.* |

Dated: February 13, 2025

SO ORDERED this ___ day of _____, 2025.

                                                                                       _____
The Honorable Gregory B. Williams
United States District Judge