IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 22-1190-GBW |
| | ) |
| SANDOZ INC. and POLPHARMA BIOLOGICS S.A., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING
PUBLIC VERSIONS OF SEALED MOTION TO VACATE SUBMISSIONS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that Plaintiffs' deadline to file public versions of their Motion to Vacate submissions (D.I. 586-587) is extended to and including April 14, 2025.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Derek J. Fahnestock | /s/ Samantha G. Wilson |
| Jack Blumenfeld (No. 1014) | Anne Shea Gaza (No. 4093) |
| Karen Jacobs (No. 2881) | Samantha G. Wilson (No. 5816) |
| Derek J. Fahnestock (No. 4705) | Daniel G. Mackrides (No. 7230) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@morrisnichols.com | agaza@ycst.com |
| kjacobs@morrisnichols.com | swilson@ycst.com |
| dfahnestock@morrisnichols.com | dmackrides@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: April 4, 2025

SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams
United States District Judge