# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., | ) |
| | ) |
| Plaintiffs, | ) C.A. No. 22-1190 (GBW) |
| | ) |
| v. | ) **EXPEDITED CONSIDERATION** |
| | ) **REQUESTED CONCERNING TRIAL** |
| SANDOZ INC. and | ) **DATE** |
| POLPHARMA BIOLOGICS S.A., | ) |
| | ) **REDACTED - PUBLIC VERSION** |
| Defendants. | ) |

## PLAINTIFFS' EXPEDITED MOTION TO VACATE THE CURRENT TRIAL DATE AND RESCHEDULE TRIAL

Plaintiffs Biogen Inc. and Biogen MA Inc. ("Biogen") hereby respectfully move to vacate the remaining pretrial and trial dates in the Scheduling Order, to reschedule the trial, and to order further discovery on Defendants' efforts and plans to market a JCV assay to accompany their biosimilar product. The reasons for relief are set forth in Biogen's accompanying letter brief and exhibits. A proposed order is attached hereto.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs*

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs*
*Biogen Inc. and Biogen MA Inc.*

OF COUNSEL:

Eric J. Marandett
Anita M.C. Spieth
Sophie F. Wang
John C. Calhoun
Emily H. Miller
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Original filing date: March 28, 2025
Redacted filing date: April 14, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 22-1190 (GBW) |
| ) | |
| SANDOZ INC. and ) | |
| POLPHARMA BIOLOGICS S.A., ) | **EXPEDITED CONSIDERATION** |
| ) | **REQUESTED CONCERNING TRIAL** |
| Defendants. ) | **DATE** |

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendants and that we have not been able to reach agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

OF COUNSEL:

Eric J. Marandett
Anita M.C. Spieth
Sophie F. Wang
John C. Calhoun
Emily H. Miller
CHOATE HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000

March 28, 2025

Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs*
*Biogen Inc. and Biogen MA Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 22-1190 (GBW) ) |
| SANDOZ INC. and POLPHARMA BIOLOGICS S.A., | ) ) ) |
| Defendants. | ) ) |

# [PROPOSED] ORDER

Having considered Biogen's request to vacate the current trial date and to reschedule trial, IT IS HEREBY ORDERED that the request is GRANTED, and all current pretrial and trial dates in the Scheduling Order are VACATED.

IT IS FURTHER ORDERED that a five-day bench trial in this matter is set for _____, 2025. The parties shall meet and confer on a proposed schedule, including supplemental fact and expert discovery related to Defendants' JCV assays and plans for marketing same, to be submitted no later than two weeks from the date of this Order. The parties' proposed schedule shall include dates for the following fact and expert discovery deadlines:

1. Defendants' supplemental responses to at least Plaintiffs' Requests for Production to Sandoz Nos. 3, 7, 11, 13, 14, 19, 20, 36, 45, 46, 49, 50, 52, 54, 55, 58, and 59, and Plaintiffs' Requests for Production to Polpharma Biologics S.A. Nos. 9, 10, 14, 16, 17, 38, 45, 61, 65, 69, 70;

2. Defendants' supplemental responses to at least Plaintiffs' Interrogatories to Defendants Nos. 1, 18, 19, 20, and 24;

3. Defendants' supplemental responses to at least Plaintiffs' Request for Admission to Sandoz No. 10 and Plaintiffs' Request for Admission to Polpharma Biologics S.A. No. 10;

4. Defendants' production of deposition witnesses, pursuant to Fed. R. Civ. P. 30(b)(6), to testify regarding at least Plaintiffs' Notice of 30(b)(6) Deposition to Defendant Sandoz Inc. Topic Nos. 3, 5, 12, 13, 22, and 27 and Plaintiffs' Notice of 30(b)(6) Deposition to Defendant Polpharma Biologics S.A. Topic Nos. 2, 4, 5, 7, 8, 9, 10, 13, 22, 27;

5. Plaintiffs' supplements to their expert reports on the subjects of infringement (Drs. Vollmer and Viscidi) and directed to Biogen's request for equitable remedies (Dr. Maness).

                                                                          UNITED STATES DISTRICT JUDGE