Case 1:22-cv-01190-GBW   Document 748   Filed 09/30/25   Page 1 of 1 PageID #: 66825
Case 1:22-cv-01190-GBW   Document 747 *SEALED*   Filed 09/29/25   Page 5 of 7
PageID #: 66685

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INC. and BIOGEN MA INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 22-1190 (GBW) |
| ) | |
| SANDOZ INC. and ) | |
| POLPHARMA BIOLOGICS S.A., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO SEAL AND REDACT**

At Wilmington this 30th day of September 2025 having considered Plaintiffs' Unopposed Motion to Extend the October 9, 2025 status report deadline and October 16, 2025 teleconference date (the "Unopposed Motion");

IT IS HEREBY ORDERED, that:

1.  The Unopposed Motion is **GRANTED**.

2.  The Court shall hold a telephonic status conference in this action on October 30, 2025, at 3:00 p.m., to discuss with counsel whether this case should be rescheduled for trial, dismissed without prejudice, or some other proposed alternative.

3.  The parties shall meet and confer and, by no later than October 23, 2025, submit a letter advising the Court whether the parties agree that the case should be rescheduled for trial at the Court's earliest convenience, dismissed without prejudice, or some other proposed alternative.

_____
Hon. Gregory B. Williams
United States District Court Judge