IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INC. and BIOGEN MA INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1190 (GBW) |
| | ) | |
| SANDOZ INC. and POLPHARMA BIOLOGICS S.A., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION TO FURTHER AMEND SCHEDULING ORDER (D.I. 755)**

WHEREAS, pursuant to the Court's November 6, 2025 Oral Order (D.I. 756), the Court has looked for and found alternative dates for the Pretrial Conference and five (5) day Jury Trial[1];

WHEREAS, the parties agree that the Pretrial Conference and Jury Trial should be moved to the alternative dates and respectfully submit that good cause exists for their proposed amendments to the Scheduling Order (D.I. 755):

IT IS HEREBY STIPULATED, through their undersigned counsel and subject to the Court's approval, that the parties jointly request that the Court modify the Scheduling Order (D.I. 755) as follows, per the dates specified in the Court's November 6, 2025, Oral Order (D.I. 756):

| Event | Deadline (D.I. 755) | Amended Deadline |
|---|---|---|
| Deadline to Exchange Motion(s) in Limine | **February 19, 2027** | **Unchanged** |
| Deadline to Exchange Oppositions to Motion(s) in Limine | **March 12, 2027** | **March 5, 2027** |
| Deadline to Exchange Replies in Support of Motion(s) in Limine | **March 26, 2027** | **March 12, 2027** |

[1] The Court's Oral Order (D.I. 756) states that the scheduling conflict arises from lead counsel for Biogen, Mr. Marandett. For clarification, it is Biogen's in-house counsel that has the scheduling conflict due to religious observance of Passover.

Case 1:22-cv-01190-GBW Document 757 Filed 11/12/25 Page 2 of 2 PageID #: 67013

| | | |
|---|---|---|
| Deadline to File Joint Proposed Pretrial Order | **April 6, 2027** | **March 23, 2027** |
| Pre-Trial Conference | **April 20, 2027 at 3 PM ET** | **April 6, 2027 at 3 PM ET** |
| Trial (5-day jury trial) | **April 26-30, 2027 at 9:30 AM ET** | **April 12-16, 2027 at 9:30 AM ET** |

Pursuant to D. Del. LR 16.4, counsel hereby certify that a copy of this stipulation setting forth the requested amendments to the Scheduling Order was sent to their respective clients prior to submission to the Court. All other dates in D.I. 755 shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Biogen Inc. and Biogen MA Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Sandoz Inc. and Polpharma Biologics S.A.*

November 12, 2025

SO ORDERED this 13th day of November, 2025.

[signature]
The Honorable Gregory B. Williams
United States District Judge