IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIOGEN INC. and BIOGEN MA INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1190 (GBW) |
| | ) | |
| SANDOZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO AMEND SCHEDULING ORDER**

WHEREAS, the parties, having met and conferred, propose the following amendments to the Scheduling Order (D.I. 280, as amended from time to time) in view of the status of discovery;

WHEREAS, the parties further wish to memorialize certain other agreements concerning the exchange of discovery;

WHEREAS, the parties agree and respectfully submit that good cause exists for their proposed amendments to the Scheduling Order; and

IT IS HEREBY STIPULATED, through their undersigned counsel and subject to the Court's approval, that the following deadlines shall apply in this action:[1]

---

[1] The inclusion of a deadline for updated invalidity and validity contentions in this joint stipulation is entirely separate from the parties' dispute, currently pending before the Special Discovery Master, whereby Biogen objects to specific updates to Sandoz's invalidity contentions. Biogen does not concede that Sandoz can update its invalidity contentions to include any new invalidity theories, any new prior art, or any evidence that was available prior to the previous contention deadline. The parties reserve all rights with respect to that dispute. Likewise, Sandoz reserves all rights to object to Biogen's updated validity contentions if Biogen includes any new validity theories or any evidence that was available prior to the previous contention deadline.

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Proposed deadline for mutual exchange of supplemental interrogatories*[2] <br> • Biogen to update Interrogatory Nos. 9, 13, and 14 <br> • Sandoz to update Interrogatory Nos. 11, 14, 15, 17, 20, and 21 | N/A | **March 23, 2026** |
| Deadline for Biogen to Update Infringement Contentions* | N/A | **April 24, 2026** |
| Deadline for Sandoz to Update Non-Infringement & Invalidity Contentions* | N/A | **May 8, 2026** |
| Supplemental Fact Discovery Cut-Off | **March 31, 2026** | **May 12, 2026** |
| Deadline for Biogen to Update Validity Contentions* | N/A | **May 22, 2026** |
| Supplemental Opening Expert Reports for Party Having Initial Burden of Proof | **April 23, 2026** | **June 4, 2026** |
| Supplemental Rebuttal Expert Reports | **May 21, 2026** | **July 2, 2026** |
| Supplemental Reply Expert Reports for Party Having Initial Burden of Proof | **June 12, 2026** | **July 24, 2026** |
| Expert Discovery Cut-Off | **July 17, 2026** | **August 21, 2026** |
| Deadline to File Case Dispositive and Daubert Motions | **July 31, 2026** | **September 11, 2026** |
| Deadline to File Oppositions to Case Dispositive and Daubert Motions | **August 21, 2026** | **October 2, 2026** |
| Deadline to File Replies in Support of Case Dispositive and Daubert Motions | **September 3, 2026** | **October 23, 2026** |
| Deadline to Exchange Motion(s) in Limine | **February 19, 2027** | **NO CHANGE** |

---

[2] Deadlines with an asterisk do not appear in the Scheduling Order, as they were mutually agreed to by the Parties. To the extent any deadlines in the "Amended Deadline" column have passed, the parties have been operating under this joint proposed timeline.

| Deadline to Exchange Oppositions to Motion(s) in Limine | **March 5, 2027** | **NO CHANGE** |
|---|---|---|
| Deadline to Exchange Replies in Support of Motion(s) in Limine | **March 12, 2027** | **NO CHANGE** |
| Deadline to File Joint Proposed Pretrial Order | **March 23, 2027** | **NO CHANGE** |
| Pre-Trial Conference | **April 6, 2027 at 3 PM ET** | **NO CHANGE** |
| Trial (5-day jury trial) | **April 12-16, 2027 at 9:30 AM ET** | **NO CHANGE** |

Pursuant to D. Del. LR 16.4, counsel hereby certify that a copy of this stipulation setting forth the requested amendments to the Scheduling Order was sent to their respective clients prior to submission to the Court. All other dates in the Scheduling Order, as amended from time to time, shall remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
Karen Jacobs (#2881)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Biogen Inc. and Biogen MA Inc.*

March 27, 2026

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Samantha G. Wilson
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendant Sandoz Inc.*

SO ORDERED this ___ day of _____, 2026.

_____
The Honorable Gregory B. Williams
United States District Judge

3